UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 1:12-CR-132-08

v.                                         HON. ROBERT HOLMES BELL

RAMON MORALES,

        Defendant.
_____/

**MEMORANDUM OPINION AND ORDER**

Defendant Ramon Morales has filed a motion for modification or reduction of sentence (ECF No. 1383) pursuant to 18 U.S.C. §3582(c)(2) on the basis of Amendment 782 of the United States Sentencing Guidelines, made retroactive by the Sentencing Commission.

Section 3582(c)(2) permits a court to reduce the term of imprisonment of a defendant who has been sentenced based on a sentencing range that has subsequently been lowered by the Sentencing Commission. 18 U.S.C. § 3582(c)(2). Amendment 782 of the United States Sentencing Guidelines reduced by two levels the offense levels assigned to the quantities that trigger the statutory mandatory minimum penalties in U.S.S.G. §§ 2D1.1 and 2D1.11. These modifications were made retroactive effective November 1, 2014. U.S.S.G. § 1B1.10.

The Probation Department filed an amended sentence modification report on January 6, 2016 (ECF No. 1608). In its report, the probation department recommended the defendant is eligible for reduction in sentence based on defendant currently being an inmate, USSG § 2D1.1 was used in the guideline calculations, and the guideline range applicable to the defendant subsequently has been

lowered as a result of the retroactive amendment to the Sentencing Guidelines (782). A reduction of sentence is consistent with the policy statements of the U.S. Sentencing Commission.

Counsel for the Defendant and Government have filed a stipulation (ECF No. 1611) concurring with the probation department's assessment.

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's motion for modification of sentence (ECF No. 1383) pursuant to 18 U.S.C. § 3582(c)(2) is **GRANTED**. Defendant Ramon Morales's sentence shall be reduced to **108 months** on Counts 1 and 15, served concurrently. All other terms and conditions of the original judgment shall remain the same. An order effectuating the sentence reduction shall issue forthwith.


Dated: January 7, 2016 /s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE